SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Sarah Watchers

S. CHRISTIAN STOUDER, SBN 149826
JESSIE M. SULLIVAN. SBN 225932
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
Telephone: (415) 546-7500
Facsimile: (415) 546-7505
Email: jsullivan@HBBLAW.com

Attorney for Defendant Big Lots Stores, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WATCHERS,<br><br>　　Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC., dba BIG LOTS #1913; et al.,<br><br>　　Defendants.<br>_____/ | Case No. 2:09-cv-02395-FCD-KJM<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

*Watchers v Big Lots Stores, Inc., et al.*
*2:09-Cv-02395-FCD-KJM*

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff SARAH WATCHERS, and defendant BIG LOTS STORES, INC. dba BIG LOTS #01916. and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant BIG LOTS STORES, INC. dba BIG LOTS #01916.** *only.*

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant BIG LOTS STORES, INC. dba BIG LOTS #01916.

Dated: April 29, 2010                    DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff Sarah Watchers

Dated: April 30, 2010                    HAIGHT BROWN & BONESTEEL LLP

*/s/ Jessie M. Sullivan*
S. CHRISTIAN STOUDER
JESSIE M. SULLIVAN
Attorney for Defendant Big Lots Stores, Inc.

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-CV-02395-FCD-KJM is hereby dismissed with prejudice **as to BIG LOTS STORES, INC. dba BIG LOTS #01916 only.**

Dated: May 4, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE